IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EULA MATTHEW,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTRY WIDE HOME LOANS, et al.,<br><br>    Defendants. | CIVIL ACTION FILE<br>NO. 1:07-CV-1465-TWT |

ORDER

This is a dispossessory action wrongfully removed to this Court. It is before the Court on the Report and Recommendation [Doc. 4] of the Magistrate Judge recommending remanding this action to the State Court of DeKalb County. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is REMANDED to the State Court of DeKalb County. This is the third time that the Plaintiff has wrongfully removed this action. Ms. Mathew is ordered to post a $10,000.00 cash or corporate surety bond at the time of filing any further removal of state court disposessory actions involving this same property sufficient to cover an award of attorneys fees and sanctions. If she does not, the Clerk

T:\ORDERS\07\Matthew\r&r.wpd

is directed to bring the filing to the undersigned along with an order for summary remand and for sanctions.

    SO ORDERED, this 10 day of December, 2007.

                           /s/Thomas W. Thrash  
                           THOMAS W. THRASH, JR.  
                           United States District Judge